396 A.2d 10

Andrew's Consumer Discount Company et al. v. Seibert et al., Appellants.

Submitted December 6, 1977. Frederick S. Wolf, for appellants; Thomas S. Long, for appellees.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.